ACCEPTED
03-15-00271-CV
5411721
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/26/2015 10:18:28 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00271-CV

| | | |
|---|---|---|
| CYNTHIA WALKER, INDIVIDUALLY | § | IN THE THIRD DISTRICT |
| AND ON BEHALF OF | § | |
| THE ESTATE OF NORMAN WALKER; | § | |
| STEPHEN WALKER; | § | |
| STEPHANIE WALKER HATTON; | § | |
| JORDAN WALKER; AND | § | |
| CAREN ANN JOHNSON, | § | |
| *Appellant*, | § | |
| | § | |
| V. | § | COURT OF APPEALS |
| | § | |
| UME, INC. D/B/A CAMP HUACO | § | |
| SPRINGS; WWGAF, INC. D/B/A | § | |
| ROCKIN 'R' RIVER RIDES; | § | |
| WILLIAM GEORGE RIVERS; AND | § | |
| RICHARD DUANE RIVERS | § | |
| *Appellees*. | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/26/2015 10:18:28 AM
JEFFREY D. KYLE
Clerk

## ENTRY OF APPEARANCE

Comes now, Karen L. Landinger, and makes her entry of appearance as lead appellate counsel for Appellee WWGAF, INC. D/B/A ROCKIN 'R' RIVER RIDES.

1.     The necessary information for Karen L. Landinger is as follows:

Karen L. Landinger
State Bar No. 00787873
Cokinos, Bosien & Young
10999 West IH-10, Suite 800
San Antonio, Texas  78230
(210) 293-8700 (Office)
(210) 293-8743 (Direct)
(210) 293-8733 (Fax)
klandinger@cbylaw.com

2.     Please forward all notices, orders, correspondence and communication to Ms. Landinger at the above provided information.

Respectfully submitted,

COKINOS, BOSIEN & YOUNG


By  */s/ Karen L. Landinger*

    KAREN L. LANDINGER
    State Bar No. 00787873
    ANDRES R. GONZALEZ
    State Bar No. 24032240
    10999 West IH-10, Suite 800
    San Antonio, Texas  78230
    (210) 293-8700 (Office)
    (210) 293-8743 (Direct - Landinger)
    (210) 293-8752 (Direct - Gonzalez)
    (210) 293-8733 (Fax)
    klandinger@cbylaw.com
    agonzalez@cbylaw.com

ATTORNEYS FOR APPELLEE, WWGAF,
INC. D/B/A ROCKIN 'R' RIVER RIDES

## CERTIFICATE OF SERVICE

I certify on May 26, 2015, I served a copy of the foregoing *Entry of Appearance* on the parties listed below by electronic service and that the electronic transmission was reported as complete. My email address is klandinger@cbylaw.com.

*COUNSEL FOR APPELLANTS*
Clark Richards
RICHARDS RODRIGUEZ & SKEITH
816 Congress Avenue, Suite 1200
Austin, Texas 78701
(512) 476-0005 (Fax)
(512) 476-1513 (Office)
crichards@rrsfirm.com

*COUNSEL FOR APPELLEES, UME, INC. d/b/a CAMP HUACO SPRINGS, WILLIAM GEORGE RIVERS, AND RICHARD DUANE RIVERS*
Willie Ben Daw III
DAW & RAY, LLP
5718 Westheimer Road, Suite 1750
Houston, Texas 77057
(713) 266-3121 (Office)
(713) 266-3188 (Fax)
wbdaw@dawray.com

*/s/ Karen L. Landinger*
KAREN L. LANDINGER